**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Nicolas Santiago Bacca CORDOBA,**
**Defendant-Appellant.**

**No. 15-15469**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 11/30/2016

Germaine Seider, Daniel Michael Baeza, Arthur Lee Bentley, III, Kathy Peluso, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Nicolas Santiago Bacca Cordoba, FCI Jesup—Inmate Legal Mail, Jesup, GA, for Defendant-Appellant

Before WILSON, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel on appeal for Nicolas Santiago Bacca Cordoba in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cordoba's conviction and sentence is **AFFIRMED**.